## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS MYERS, | ) | 3:16-CV-0491-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 17, 2017 |
| | ) | |
| DEPUTY LOPEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT: <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>    LISA MANN    </u>    REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

The U.S. Marshal was unable to complete service of process on the following defendants:

1. Deputy Sheriff Lopez (ECF No. 9) – no longer employed by the Douglas County Sheriff's Office;
2. Deputy Sheriff Denkins (ECF No. 12) - no longer employed by the Douglas County Sheriff's Office;
3. Deputy Sheriff Giro (ECF No. 13) – the name was not recognized by the Douglas County Sheriff's Office; and
4. Deputy Sheriff Gonzales (ECF No. 14) – deployed overseas on military duty.

Defendant Sheriff Ron Perini shall filed the last known addresses of defendants Lopez, Denkins, and Giro (pronounced "Geera" employed between 7-12-15 and 10-26-15) *under seal* on or before **Friday, September 1, 2017**. Plaintiff's motion requesting issuance of summons and service (ECF No. 16) is **GRANTED**.

As to Deputy Sheriff Gonzales, plaintiff shall file a notice on or before **Friday, September 1, 2017** advising the court if he wants to voluntarily dismiss this defendant who is deployed overseas on military duty. Otherwise, plaintiff shall review Fed.R.Civ.P. 4 to determine whether he can serve process on a person deployed on military duty and advise the court of his intentions by **September 1, 2017.**

The Clerk shall **ISSUE** summonses for **Deputy Sheriff Lopez, Deputy Sheriff Denkins, and Deputy Sheriff Giro** and send the same to the U.S. Marshal with the addresses once they are provided *under seal*. The Clerk shall **SEND** to plaintiff four USM-285 forms. The Clerk shall **SEND** sufficient copies of the complaint (ECF No. 7), and this order to the U.S. Marshal for service on the defendants. Plaintiff shall have until **Friday, September 1, 2017,** to complete the USM-285 service form and return it to the U.S. Marshal at 400 S. Virginia Street, 2nd Floor, Reno, NV 89501 for service.

If plaintiff fails to follow this order, these defendants will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
     Deputy Clerk