UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| DENNIS MYERS, | ) |
| Plaintiff, | ) CASE NO.: 3:16-CV-00491-RCJ-VPC |
| v. | ) O R D E R |
| DEPUTY LOPEZ, *et al.*, | ) |
| Defendants. | ) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 26) entered on August 28, 2017, in which the Magistrate Judge recommends the Court grant Plaintiff's Motion to Dismiss Defendant Deputy Gonzales from this action (ECF No. 23). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 26).

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss Defendant Deputy Gonzales from this action (ECF No. 23) is GRANTED.

IT IS SO ORDERED this 20TH day of September, 2017.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE