```
          FILED  ✓          RECEIVED ___
          ENTERED ___       SERVED ON ___
                 COUNSEL/PARTIES OF RECORD

                    SEP 28 2017

               CLERK US DISTRICT COURT
                 DISTRICT OF NEVADA
          BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS MYERS, | ) | 3:16-CV-0491-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 28, 2017 |
| DEPUTY LOPEZ, et al., | ) | |
| Defendants. | ) | |

**PRESENT:** THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** LISA MANN     **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to subpoena records for evidence (ECF No. 20) is **DENIED** as premature. Discovery will not commence until a discovery plan and scheduling order has been issued. The court will issue a discovery plan and scheduling order after the remaining three defendants have filed an answer other response to the complaint which is due on or before October 27, 2017 (ECF No. 25).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
    Deputy Clerk