UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DENNIS MYERS,<br><br>             Plaintiff,<br><br>vs.<br><br>LOPEZ, et al.,<br><br>             Defendants. | Case No.: 3:16-CV-0491-RCJ (VPC)<br><br>**REFERRAL TO PRO BONO PROGRAM** |

      This case is referred to the Pro Bono Program ("Program") adopted in General Order 2016-02 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Plaintiff. The scope of appointment shall be for the limited purpose of a settlement conference. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case. Accordingly,

      **IT IS HEREBY ORDERED** that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

      **IT IS FURTHER ORDERED** that the Clerk shall also forward this order to the Pro Bono Liaison.

DATED this 7th day of February, 2018.

_____
Valerie P. Cooke
United States Magistrate Judge